# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

KHRISTOPHER J. COBB,                    :

    Plaintiff,                          :
                                Case No. 3:14cv00265

 vs.                                    :

                                District Judge Thomas M. Rose

CAROLYN W. COLVIN,                      :    Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,                :

    Defendant.                          :

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.     The Report and Recommendations filed on June 9, 2015 (Doc. #12) is ADOPTED in full;

2.     The Commissioner's non-disability finding is AFFIRMED; and

3.     The case is terminated on the docket of this Court.

June 30, 2015                                   *s/Thomas M. Rose
                                      _____
                                        Thomas M. Rose
                                  United States District Judge